### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael George Hondros, Sr. and Paisley Hondros<br><br>        <u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 12-19573 BIF |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 2020

                              Respectfully submitted,

                              **/s/Thomas Puleo, Esquire**
                              Thomas Puleo, Esquire
                              Brian C. Nicholas, Esquire
                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 825-6306  FAX (215) 825-6406