# UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania

**In re:**  Michael George Hondros, Sr.

**Case No.:** 12-19573

**Chapter 13**

## NOTICE OF WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE
### (CLAIM  5  )

Now comes Wells Fargo Home Mortgage ("Creditor"), hereby withdraws its Notice of Mortgage Payment Change which was filed in this Court on  4/14/2017 . The Notice of Mortgage Payment Change ("Notice") is being withdrawn as it was inadvertently filed.

The Notice is no longer valid due to payment adjustments after the filing of the Notice.

Respectfully submitted,

/s/  Rosemary Allen
Vice President Loan Documentation
Wells Fargo Bank, N. A.
1000 Blue Gentian Road
MAC N9286-01Y
Eagan, MN  55121
Contact Phone: 800-274-7025
Email Address: NoticeOfPaymentChangeInquiries@wellsfargo.com

# UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania

Chapter 13  No. 12-19573

In re: Michael George Hondros, Sr.  Judge: Ashely M. Chan

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before 02/26/2018 via filing with the US Bankruptcy Court's CM ECF system and/or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid

By U.S. Postal Service First Class Mail Postage Prepaid

Debtor:

Michael George Hondros, Sr. & Paisley Hondros
1121 Dyre Street
Philadelphia, PA 19124

By U.S. Postal Service First Class Mail Postage Prepaid

By U.S. Postal Service First Class Mail Postage Prepaid

Debtor's Attorney:

MICHAEL A. CATALDO2
Cibik & Cataldo, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

By U.S. Postal Service First Class Mail Postage Prepaid

WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

By U.S. Postal Service First Class Mail Postage Prepaid

Trustee:

/s/ Rosemary Allen
_____
VP Loan Documentation

Wells Fargo Bank, N.A.