**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF**
**PENNSYLVANIA**

In RE:                                                                                     **Case No.** 12-19573
MICHAEL GEORGE HONDROS, SR                          **Claim No.** 5
PAISLEY HONDROS

        Debtor(s)

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above entitled case hereby requests that the mailing address, pertaining to both NOTICES and PAYMENTS, listed in the above stated case be changed;

**Address where Notices to the creditor be sent:**

| FROM: | TO: |
|---|---|
| Wells Fargo Bank, N.A. | Wells Fargo Bank, N.A. |
| Home Equity Group | Default Document Processing |
| 1 Home Campus X2303-01A | N9286-01Y, 1000 Blue Gentian Road |
| Des Moines, IA 50328 | Eagan, MN 55121-7700 |

**Address where Payment to the creditor be sent:**

| FROM: | TO: |
|---|---|
| Wells Fargo Operations Center | Wells Fargo Bank, N.A. |
| P.O. Box 31557  B6955-01B | Attention: Payment Processing |
| Billings, MT  59107 | MAC# X2302-04C, 1 Home Campus |
|  | Des Moines IA 50328 |

Dated: 03/08/2018                                                                   /s/ Dipika Parmar

                                                                                     Creditor's Authorized Agent for Wells Fargo Bank, N.A.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing address change document was served via the Bankruptcy Court's electronic filing and notice system on or about the time the address change was filed, to all parties below that are registered to receive electronic notification in the above captioned bankruptcy case.

Case Information

| Debtor(s) | MICHAEL GEORGE HONDROS, SR |
| | PAISLEY HONDROS |

| Street | City | State | Zip |
|---|---|---|---|
| 1121 DYRE STREET | PHILADELPHIA | PA | 19124 |

| Case Number | Court | Chapter |
|---|---|---|
| 12-19573 | Eastern Pennsylvania | 13 |

**Trustee:**
WILLIAM C MILLER ESQ
PO BOX 1229
PHILADELPHIA, PA 19105

**Debtor/Attorney for Debtor:**
MICHAEL A CATALDO
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA 19102

By: /s/ Dipika Parmar
Dipika Parmar
P.O. Box 201347
Arlington, TX 76006