United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Michael George Hondros, Sr.
Paisley Hondros
     Debtors

Case No. 12-19573-amc
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: PaulP | Page 1 of 1 | Date Rcvd: May 07, 2018 |
|---|---|---|---|
| | Form ID: 212 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2018.
db/jdb     +Michael George Hondros, Sr.,   Paisley Hondros,   1121 Dyre Street,   Philadelphia, PA 19124-2501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2018     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2018 at the address(es) listed below:

    ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA agornall@kmllawgroup.com, bkgroup@kmllawgroup.com

    CELINE P. DERKRIKORIAN    on behalf of Creditor    Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A. ecfmail@mwc-law.com

    MARISSA M. O'CONNELL    on behalf of    CITY OF PHILADELPHIA, LAW DEPARTMENT - TAX UNIT MUNICIPAL SERVICES BUILDING 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR PHILADELPHIA, PA 19102-1595 marissa.o'connell@phila.gov,   James.Feighan@phila.gov

    MICHAEL A. CATALDO2    on behalf of Debtor Michael George Hondros, Sr. ecf@ccpclaw.com, igotnotices@ccpclaw.com

    MICHAEL A. CATALDO2    on behalf of Joint Debtor Paisley Hondros ecf@ccpclaw.com, igotnotices@ccpclaw.com

    MICHAEL A. CIBIK2    on behalf of Debtor Michael George Hondros, Sr. ecf@ccpclaw.com, igotnotices@ccpclaw.com

    MICHAEL A. CIBIK2    on behalf of Joint Debtor Paisley Hondros ecf@ccpclaw.com, igotnotices@ccpclaw.com

    THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

    WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com

    TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:   Chapter: 13

    Michael George Hondros, Sr. and Paisley Hondros

Debtor(s)   Case No: 12−19573−amc

___

*ORDER*

AND NOW, 5/7/18 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

    ☑ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

    ☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

For The Court

Ashely M. Chan

Judge ,United States Bankruptcy Court