United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael George Hondros, Sr.  
Paisley Hondros  
    Debtors

Case No. 12-19573-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: May 29, 2018  
                          Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2018.  
db/jdb        +Michael George Hondros, Sr.,    Paisley Hondros,    1121 Dyre Street,    Philadelphia, PA 19124-2501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2018                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2018 at the address(es) listed below:  
       ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
       CELINE P. DERKRIKORIAN    on behalf of Creditor    Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A. ecfmail@mwc-law.com  
       MARISSA M. O'CONNELL    on behalf of    CITY OF PHILADELPHIA, LAW DEPARTMENT - TAX UNIT MUNICIPAL SERVICES BUILDING 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR PHILADELPHIA, PA 19102-1595 marissa.o'connell@phila.gov, James.Feighan@phila.gov  
       MICHAEL A. CATALDO2    on behalf of Debtor Michael George Hondros, Sr. ecf@ccpclaw.com, igotnotices@ccpclaw.com  
       MICHAEL A. CATALDO2    on behalf of Joint Debtor Paisley Hondros ecf@ccpclaw.com, igotnotices@ccpclaw.com  
       MICHAEL A. CIBIK2    on behalf of Debtor Michael George Hondros, Sr. ecf@ccpclaw.com, igotnotices@ccpclaw.com  
       MICHAEL A. CIBIK2    on behalf of Joint Debtor Paisley Hondros ecf@ccpclaw.com, igotnotices@ccpclaw.com  
       THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
    TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                          : Chapter 13

Michael George Hondros, Sr. and Paisley Hondros              : Case No. 12−19573−amc

        Debtor(s)

### ORDER
_____

    AND NOW, this day , May 29, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

64
Form 195