IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Michael George Hondros, Sr.** | : | **Case No.: 12-19573** |
| **Paisley Hondros AKA Peggy** | : | **Chapter 13** |
| **Hondros** | : | **Judge Ashely M. Chan** |
| | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| Debtor(s). | : | |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO:   THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE UNITED STATES TRUSTEE, THE DEBTOR AND HIS ATTORNEY OF RECORD HEREIN AND TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE, that pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. Section 102(1) and all other applicable law, the undersigned, as counsel of record for Wells Fargo Bank, N.A., its successor and assigns ("Creditor"), a creditor of the above-named Debtor and a party-in-interest in the captioned bankruptcy case, hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office, address and telephone number:

>Karina Velter, Esquire
>MANLEY DEAS KOCHALSKI LLC
>P.O. Box 165028
>Columbus, OH  43216-5028
>614-222-4921
>Atty File No.: 18-017001

The foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, fax or otherwise which affect or seek to affect in any way any rights or interest of the Debtor.

18-017001_CMW

Respectfully submitted,

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner
Adam B. Hall
Sarah E. Barngrover
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

18-017001_CMW

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Michael George Hondros, Sr.** | : | Case No.: 12-19573 |
| **Paisley Hondros AKA Peggy** | : | Chapter 13 |
| **Hondros** | : | Judge Ashely M. Chan |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| **Debtor(s).** | : | |
| | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and Request for Notices was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller, Chapter 13 Trustee, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105

Michael A. Cataldo, Attorney for Michael George Hondros, Sr. and Paisley Hondros AKA Peggy Hondros, Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102, ecf@ccpclaw.com

Michael A. Cibik, Attorney for Michael George Hondros, Sr. and Paisley Hondros AKA Peggy Hondros, 1500 Walnut Street, Suite 900, Philadelphia, PA 19102, ecf@ccpclaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on June 6, 2018:

Michael George Hondros, Sr. and Paisley Hondros AKA Peggy Hondros, 1121 Dyre Street, Philadelphia, PA 19124

Michael George Hondros, Sr. and Paisley Hondros AKA Peggy Hondros, 1121 Dyre St, Philadelphia, PA 19124

DATE: _June 6, 2018_

/s/ Karina Velter
Karina Velter, Esquire (94781)

18-017001_CMW

Kimberly A. Bonner
Adam B. Hall
Sarah E. Barngrover
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

18-017001_CMW